### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                  **Plaintiffs**<br><br>v.<br><br>PAUL R. OBER & ASSOCIATES and PAUL R. OBER,<br><br>                  **Defendants** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 5:13-cv-07634<br>)  Honorable James Knoll Gardner<br>)<br>)<br>)<br>)<br>) |

## ORDER OF JUDGMENT

Based upon the acceptance by Plaintiff Charrisa Chamuras of the Fed R. Civ. P. ("Rule")

68 Offer of Judgment made by Defendants Paul R. Ober & Associates, and Paul R. Ober, **IT IS**

**HEREBY ORDERED:**

    1.     Judgment is entered in favor of Plaintiff Charrisa Chamuras and against Defendants Paul R. Ober & Associates, and Paul R. Ober, in the amount of $6,000 as her statutory and actual damages;

    2.     In accordance with Defendants' Rule 68 Offer of Judgment, Plaintiff is entitled to an award of reasonable attorneys' fees and costs to be determined by this Court; and

    3.     Upon petition by Plaintiff, the Court shall determine and enter an award of reasonable attorneys' fees and costs in favor of Plaintiff Charriss Chamuras and against Defendants Paul R. Ober & Associates, and Paul R. Ober.

ENTERED: _James Knoll Gardner_____

                 Honorable James Knoll Gardner

DATED: _February 5, 2014_