# EXHIBIT A

OBER WAGE CASE

PLAINTIFF'S SUMMARY OF FEES BY ATTORNEY

| Summary by Attorney - Atty Fees and Costs | | | | $ 13,170.03 |
|---|---|---|---|---|
| Joshua P. Rubinsky, Esq. | 2.80 | $ 475.00 | $ | 1,330.00 |
| Amy E. Galer, Esq. | 3.20 | $ 295.00 | $ | 944.00 |
| Brian Dilks-Brotman, Esq. | 43.71 | $ 225.00 | $ | 9,834.75 |
| Para Legal | 2.50 | $ 110.00 | $ | 275.00 |
| Total Hours>>>>>>>>>>>>>>>>>> | 52.21 | | $ | 12,383.75 |
| Costs to Date | | | $ | 786.28 |
| TOTAL FEES AND COSTS | | | $ | 13,170.03 |

# EXHIBIT B

OBER WAGE CASE
ATTORNEY/PARA LEGAL HOURS NOT CHARGED IN FEE PETITION

| ATTORNEY / PARA LEGAL | Time SPENT | Slip Value | Date | Description |
|---|---|---|---|---|
| (AE) BROTMAN | 1.50 | $337.50 | 11/07/13 | Draft demand letter |
| (AC) GALER | 0.70 | $206.50 | 12/03/13 | Review edits to complaint |
| (AC) GALER | 0.50 | $147.50 | 12/03/13 | Review edited complaint, discuss with Brian |
| (AC) GALER | 0.50 | $147.50 | 12/04/13 | Review and discuss edits to complaint w/BDB |
| (AE) BROTMAN | 0.75 | $168.75 | 12/04/13 | Meet with AEG re: Complaint. Revise Complaint |
| (AE) BROTMAN | 1.33 | $299.25 | 01/03/14 | Review Summons received from Court. Prepare Summons and Complaint for service. Phone correspondence with area service companies |
| (AE) BROTMAN | 0.50 | $112.50 | 01/15/14 | Phone and email correspondence with client re: retaliation for flsa claim. |
| (AE) BROTMAN | 0.60 | $135.00 | 01/17/14 | Phone correspondence with client re: potential retaliation claims |
| (AA) RUBINSKY | 0.20 | $95.00 | 01/15/14 | Possible retaliation in Ober Complaint |
| (S)Siligrini | 0.60 | $66.00 | 01/27/14 | Created discovery binder and worked on pleadings binder |
| (S)Siligrini | 0.38 | $41.80 | 01/29/14 | Worked on Pleadings Binder |
| (S)Siligrini | 0.48 | $52.80 | 02/03/14 | Worked on Binders |
| (S)Siligrini | 0.42 | $46.20 | 02/07/14 | Worked on Pleadings Binder |
| (S)Siligrini | 0.67 | $73.70 | 02/07/14 | Worked on Pleadings Binder |
| | 7.63 | 1592.50 | | |

# EXHIBIT C

OBER WAGE CASE

PLAINTIFF'S HOURS SORTED BY ATTORNEY/PARALEGAL

| ATTORNEY / PARA LEGAL | Date | Time Spent | Description |
|---|---|---|---|
| (AA) RUBINSKY | 11/19/13 | 0.50 | Meet with client |
| (AA) RUBINSKY | 12/05/13 | 0.50 | Review Complaint |
| (AA) RUBINSKY | 01/14/14 | 0.10 | Email: Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Certificate of Service |
| (AA) RUBINSKY | 01/14/14 | 0.30 | Review issue with client on Potential Retaliation by Defendant. |
| (AA) RUBINSKY | 01/30/14 | 0.70 | Prepare  - Confidential Settlement Offer on Fees and Costs |
| (AA) RUBINSKY | 01/30/14 | 0.10 | Review email from  Paul R. Ober & Associates Wage Case - Confidential Settlement Offer on Fees and Costs |
| (AA) RUBINSKY | 02/04/14 | 0.20 | Review: Ober and Associates- Updated Acceptance and proposed order |
| (AA) RUBINSKY | 02/04/14 | 0.10 | Offer to settle fees in  Paul R. Ober & Associates Wage Case - Confidential Settlement Offer on Fees and Costs |
| (AA) RUBINSKY | 02/06/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Judgment |
| (AA) RUBINSKY | 02/06/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Order Referring Case to Magistrate Judge-Settlement |
| (AA) RUBINSKY | 02/07/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Order |
| (AC) GALER | 12/02/13 | 2.70 | Review and edit complaint,lexis research |
| (AC) GALER | 02/06/14 | 0.50 | Review fee petition, discuss edits with BDB |
| (AE) BROTMAN | 10/04/13 | 1.20 | Initial intake  with client. |
| (AE) BROTMAN | 10/15/13 | 1.30 | Interview Client  and witness. |
| (AE) BROTMAN | 10/15/13 | 2.30 | Review and analysis of wage and hour documents provided by client |
| (AE) BROTMAN | 10/28/13 | 0.70 | Prepare wage and hour spreadsheet, work with paralegal. |
| (AE) BROTMAN | 10/31/13 | 2.40 | Review and analyze timecard and paystub data. Create calculation document, review calculations |
| (AE) BROTMAN | 11/14/13 | 1.25 | Prepare correspondence to client.. |
| (AE) BROTMAN | 11/19/13 | 2.12 | Meet with Client and JPR. Update calculation document to include new wage and hour data provided by client |
| (AE) BROTMAN | 11/22/13 | 5.00 | Review documents, draft complaint, review and edit complaint |
| (AE) BROTMAN | 12/04/13 | 3.30 | Meet w/ AEG re: claims and facts of case. Redraft and Revise Complaint |
| (AE) BROTMAN | 12/05/13 | 1.50 | Revise Complaint, send to client for review |
| (AE) BROTMAN | 12/09/13 | 0.10 | Phone correspondence with client confirming client's review and understanding of complaint |
| (AE) BROTMAN | 12/12/13 | 0.12 | Review email from client. |
| (AE) BROTMAN | 12/20/13 | 1.00 | Prepare  Complaint Cover, Cert. of Service, Opt. In forms, Research |
| (AE) BROTMAN | 12/30/13 | 2.50 | Draft Designation Form and Case Management Form, Finalize Complaint and all supplemental documents for filing with Eastern District Clerk |
| (AE) BROTMAN | 12/30/13 | 0.17 | Email to client advising them of status of filing complaint. |

OBER WAGE CASE

PLAINTIFF'S HOURS SORTED BY ATTORNEY/PARALEGAL

| (AE) BROTMAN | 01/06/14 | 1.30 | Research on Preliminary Approval for Collective Action Cert. |
|---|---|---|---|
| (AE) BROTMAN | 01/06/14 | 0.17 | Review email from client re: appropriate communication with Ober during pendancy of legal action. Respond with advice |
| (AE) BROTMAN | 01/13/14 | 0.08 | Review email from client re: potential retaliatory harassment. Respond with advice. |
| (AE) BROTMAN | 01/14/14 | 0.67 | Phone call from client - Advise on right not to be retaliated against for filing wage complaint |
| (AE) BROTMAN | 01/23/14 | 1.50 | Prepare first draft of Request for Production of Documents |
| (AE) BROTMAN | 01/28/14 | 1.17 | Review Answer, Offer of Judgment and documents provided by Defendant. Phone Correspondence with Client to discuss Offer. |
| (AE) BROTMAN | 01/28/14 | 1.50 | Phone correspondence with client re: Offer of Judgment. Email and Written correspondence with opposing counsel, advising acceptance of Offer. |
| (AE) BROTMAN | 02/04/14 | 0.33 | Finalize and e-file Notice of Acceptance. Submit to opposing counsel via email and first class mail |
| (AE) BROTMAN | 02/04/14 | 1.58 | Research on post-offer of judgment fee petition. Draft motion for attorneys fees. Begin draft of memo in support |
| (AE) BROTMAN | 02/05/14 | 0.50 | Draft acceptance of offer and proposed order |
| (AE) BROTMAN | 02/05/14 | 2.50 | Continue research on post judgment offer fee petitions. Begin draft of fee petition |
| (AE) BROTMAN | 02/06/14 | 3.00 | Draft, review, edit Fee Petition |
| (AE) BROTMAN | 02/07/14 | 1.40 | Redraft and revise fee petition |
| (AE) BROTMAN | 02/11/14 | 1.30 | Draft Settlement Conference Memo |
| (AE) BROTMAN | 02/11/14 | 0.75 | Phone correspondence with client re: Ober failing to provide her with health coverage memo and paperwork. Advise client. Memo to file. |
| (AE) BROTMAN | 02/11/14 | 1.00 | Revise fee petition, motion, and settlement memo |
| (S)Siligrini | 02/11/14 | 2.50 | Enter data from wage and hour documents provided by client into spreadsheet under supervision of BDB |

52.21

# EXHIBIT D

OBER WAGE CASE
PLAINTIFF'S HOURS BY DATE

| ATTORNEY / PARA LEGAL | Date | Time Spent | Description |
|---|---|---|---|
| (AE) BROTMAN | 10/04/13 | 1.20 | Initial intake with client. |
| (AE) BROTMAN | 10/15/13 | 1.30 | Interview Client and witness. |
| (AE) BROTMAN | 10/15/13 | 2.30 | Review and analysis of wage and hour documents provided by client |
| (AE) BROTMAN | 10/28/13 | 0.70 | Prepare wage and hour spreadsheet, work with paralegal. |
| (AE) BROTMAN | 10/31/13 | 2.40 | Review and analyze timecard and paystub data. Create calculation document, review calculations |
| (AE) BROTMAN | 11/14/13 | 1.25 | Prepare correspondence to client.. |
| (AA) RUBINSKY | 11/19/13 | 0.50 | Meet with client |
| (AE) BROTMAN | 11/19/13 | 2.12 | Meet with Client and JPR. Update calculation document to include new wage and hour data provided by client |
| (AE) BROTMAN | 11/22/13 | 5.00 | Review documents, draft complaint, review and edit complaint |
| (AC) GALER | 12/02/13 | 2.70 | Review and edit complaint,lexis research |
| (AE) BROTMAN | 12/04/13 | 3.30 | Meet w/ AEG re: claims and facts of case. Redraft and Revise Complaint |
| (AA) RUBINSKY | 12/05/13 | 0.50 | Review Complaint |
| (AE) BROTMAN | 12/05/13 | 1.50 | Revise Complaint, send to client for review |
| (AE) BROTMAN | 12/09/13 | 0.10 | Phone correspondence with client confirming client's review and understanding of complaint |
| (AE) BROTMAN | 12/12/13 | 0.12 | Review email from client. |
| (AE) BROTMAN | 12/20/13 | 1.00 | Prepare Complaint Cover, Cert. of Service, Opt. In forms, Research |
| (AE) BROTMAN | 12/30/13 | 2.50 | Draft Designation Form and Case Management Form. Finalize Complaint and all supplemental documents for filing with Eastern District Clerk |
| (AE) BROTMAN | 12/30/13 | 0.17 | Email to client advising them of status of filing complaint. |
| (AE) BROTMAN | 01/06/14 | 1.30 | Research on Preliminary Approval for Collective Action Cert. |
| (AE) BROTMAN | 01/06/14 | 0.17 | Review email from client re: appropriate communication with Ober during pendancy of legal action. Respond with advice |
| (AE) BROTMAN | 01/13/14 | 0.08 | Review email from client re: potential retaliatory harassment. Respond with advice. |
| (AA) RUBINSKY | 01/14/14 | 0.10 | Email: Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Certificate of Service |
| (AA) RUBINSKY | 01/14/14 | 0.30 | Review issue with client on Potential Retaliation by Defendant. |
| (AE) BROTMAN | 01/14/14 | 0.67 | Phone call from client - Advise on right not to be retaliated against for filing wage complaint |
| (AE) BROTMAN | 01/23/14 | 1.50 | Prepare first draft of Request for Production of Documents |
| (AE) BROTMAN | 01/28/14 | 1.17 | Review Answer, Offer of Judgment and documents provided by Defendant. Phone Correspondence with Client to discuss Offer. |
| (AE) BROTMAN | 01/28/14 | 1.50 | Phone correspondence with client re: Offer of Judgment. Email and Written correspondence with opposing counsel, advising acceptance of Offer. |
| (AA) RUBINSKY | 01/30/14 | 0.70 | Prepare - Confidential Settlement Offer on Fees and Costs |

OBER WAGE CASE

PLAINTIFF'S HOURS BY DATE

| | | | |
|---|---|---|---|
| (AA) RUBINSKY | 01/30/14 | 0.10 | Review email from  Paul R. Ober & Associates Wage Case - Confidential Settlement Offer on Fees and Costs |
| (AA) RUBINSKY | 02/04/14 | 0.20 | Review: Ober and Associates- Updated Acceptance and proposed order |
| (AA) RUBINSKY | 02/04/14 | 0.10 | Offer to settle fees in  Paul R. Ober & Associates Wage Case - Confidential Settlement Offer on Fees and Costs |
| (AE) BROTMAN | 02/04/14 | 0.33 | Finalize and e-file Notice of Acceptance. Submit to opposing counsel via email and first class mail |
| (AE) BROTMAN | 02/04/14 | 1.58 | Research on post-offer of judgment fee petition. Draft motion for attorneys fees. Begin draft of memo in support |
| (AE) BROTMAN | 02/05/14 | 0.50 | Draft acceptance of offer and proposed order |
| (AE) BROTMAN | 02/05/14 | 2.50 | Continue research on post judgment offer fee petitions. Begin draft of fee petition |
| (AA) RUBINSKY | 02/06/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Judgment |
| (AA) RUBINSKY | 02/06/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Order Referring Case to Magistrate Judge-Settlement |
| (AC) GALER | 02/06/14 | 0.50 | Review fee petition, discuss edits with BDB |
| (AE) BROTMAN | 02/06/14 | 3.00 | Draft, review, edit Fee Petition |
| (AA) RUBINSKY | 02/07/14 | 0.10 | Review Activity in Case 5:13-cv-07634-JKG CHAMURAS v. PAUL R. OBER & ASSOCIATES et al Order |
| (AE) BROTMAN | 02/07/14 | 1.40 | Redraft and revise fee petition |
| (AE) BROTMAN | 02/11/14 | 1.30 | Draft Settlement Conference Memo |
| (AE) BROTMAN | 02/11/14 | 0.75 | Phone correspondence with client re: Ober failing to provide her with health coverage memo and paperwork. Advise client.  Memo to file. |
| (AE) BROTMAN | 02/11/14 | 1.00 | Revise fee petition, motion, and settlement memo |
| (S)Siligrini | 02/11/14 | 2.50 | Enter data from wage and hour documents provided by client into spreadsheet under supervision of BDB |

52.21

# EXHIBIT E

OBER WAGE CASE
PLAINTIFF'S COSTS

| DATE | Quantity | Cost/Item | Cost | Item | Description |
|------|----------|-----------|------|------|-------------|
| 12/31/13 | 58 | $1.50 | $87.00 | LEXIS/NEXIS | Lexis/Nexis Databases Legal Research to date. |
| 12/31/13 | 1 | $1.78 | $1.78 | POSTAGE | Postage Paid December 2013 |
| 01/13/14 | 1 | $98.00 | $98.00 | SUBPOENA FEE | Subpoena Service Paul Ober re: Ober & Associates |
| 01/13/14 | 1 | $15.00 | $15.00 | SUBPOENA FEE | Subpoena Service Ober & Associates re: Ober & Associates Same Address |
| 12/30/13 | 1 | $400.00 | $400.00 | FILING FEE | Filing Fee- Complaint Filed  Clerk - U. S. District Court |
| 01/15/14 | 123 | $1.50 | $184.50 | LEXIS/NEXIS | Lexis/Nexis Databases Legal Research to date. |
| TOTAL | | | $786.28 | | |

# EXHIBIT "F"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| **Plaintiffs** | ) |
| v. | ) **Civil Action No.: 5:13-cv-07634** ) **Honorable James Knoll Gardner** |
| PAUL R. OBER & ASSOCIATES and PAUL R. OBER, | ) ) ) |
| **Defendants** | ) ) ) |

## AFFIDAVIT OF JOSHUA P. RUBINSKY, ESQ., LEAD COUNSEL FOR PLAINTIFF

I, Joshua P. Rubinsky, Esquire, being duly sworn according to law, hereby depose and say that:

1. I am lead counsel for Plaintiff in the above-captioned matter and have personal knowledge of the facts set forth in this affidavit.

2. I have practiced in the employment and labor law area since graduating from Temple University School of Law in 1986. I am admitted to practice in Pennsylvania state courts, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States Supreme Court, and the Court of International Trade.

3. Prior to receiving my law degree, I was the Director of the Center for Fair Employment, a non-profit organization established to provide advice and assistance to employees in labor and employment matters. During my ten-year tenure with the Center for Fair Employment, I assisted in providing legal representation to employees affected by plant closures, plant consolidations, discharges, disciplinary issues, unpaid wages as well as assisting employees obtaining

1

information related to their ERISA benefits.  My specific experience with the Center included assisting individuals, employees and employee groups in employment-related matters before the United Stated Department of Labor, Pennsylvania Human Relations Commission, Office of Employment Security, Social Security Administration, Merit Systems Protection Board, Equal Employment Opportunity Commission, and National Labor Relations Board.

4.   Upon admission to the Pennsylvania bar in 1986, I established a private practice emphasizing labor and employment law, ERISA, and wage claims.  In 1991, I merged my practice with attorney Michael Brodie, becoming a partner in Brodie & Rubinsky.  The law firm specialized in labor and employment law.

5.   From 1991 to the present, my firm has represented individuals, class action Plaintiffs, non-profit organizations, employee organizations and unions.  The firm frequently represents large groups of individuals. Our office regularly represents area unions in litigation in Pennsylvania state and federal Courts, and before various administrative agencies.  In addition, members of the firm regularly act as advocates in labor arbitrations.

6.   In the past, I served as lead counsel in numerous major cases including class action claims.  In Honeywell, Inc., and Local 116, 318 NLRB No. 78 (8/25/95), I successfully represented a union on behalf of over 400 employees who were discriminated against on the basis of their union membership.  In Trojan Yacht, 319 NLRB No. 97 (11/24/95), I successfully represented a union on behalf of over 300 employees whose pension plans were terminated in violation of certain collective bargaining rights.

7.   I also served as co-counsel in Stadler, et al., v. McCulloch, et al., Case No. 93-cv-3093, an ERISA-wage claim filed in Federal and State court on behalf of approximately 100 former employees of Nutri-System.  In McManus v. Commonwealth of Pennsylvania Department of

Labor and Industry, Case No. 94-cv-3038, I served as co-counsel in a class action on behalf of Pennsylvania Workers Compensation Judges alleging various constitutional violations.  In Ben Seigler, et al., v. Falcon Associates, et al., Case No. 95-cv-2414, I served as lead counsel on a WARN Act claim.  A class of approximately 300 former employees of Falcon was certified for settlement purposes.

8.   I have served as lead counsel in a number of wage class and collective actions, of which the following are representative: Lemons, et al., v. Triage, et al., Case No. 93-CV-3013; King, et al., v. SEPTA, Case No. 95-cv-0682 (E.D. Pa.);  Bynoe v. Atlantic Express Transportation Corp., et al., Case No. 99-cv-4920 (E.D. Pa.);  Peter Giordano v. Pep Boys, Case No 99-cv-1281, (E.D. Pa.)[1];  Peggy Crocker, et al, v Edens Corporation,  Case No. 00-cv-1732 (E.D. Pa.); the American Appliance and Rowland Bankruptcy Cases (N.J. Bankruptcy Case No. 01-14425 JHW); Madison v. RHD, Case No. 97-cv-7402 (E.D. Pa.) - Case No. 9801-2755[2]; Rayvon Sapp, et al., v. Carol Ann Weisenfeld, et al., Case No. 002428 (Philadelphia Court of Common Pleas); Glenn Johnson, et al., v. King Paratransit Services, Inc.,Case No. 00-cv-5537 (E. D. Pa.); Anna Thomas, et al., v. Total Health Home Care Corporation, et al., Case No. 002493 (Philadelphia Court of Common Pleas); Rios, et al., v. Berkshire Building Systems, Inc., et al., Case No. 07-cv-0503 (E.D. Pa.); Ronald Rooney, et al., v. PC Helps Support, LLC, et al., Case No. 08-cv-2093 (E.D. Pa.); Clarke, et al., v. Aramark, et al., Case No. 08-cv-2598 (E.D. Pa.); Reyes, et al., v. Lynch Community Homes, Inc., Case No. 23906 September Term 2007 (Montgomery County Court of Common Pleas); and Anatoliy Neymer , et al., v. Philadelphia Coach, et al.; Case No.103799 (Philadelphia Court of Common Pleas); Backus et al. v. Unlimited Staffing

---

[1]Companion case in Philadelphia Court of Common Pleas.
[2]Companion case in Philadelphia Court of Common Pleas.

Solutions, Inc. Case No. 08-00339 (Montgomery County Court of Common Pleas); Olsen v.

Sodexo, Inc., Case No. 2010-C-6112 (Lehigh County Court of Common Pleas); Kearney v. First

Transit, Inc., Case No. 12-149 (E.D. Pa.).  All of these cases were litigated and settled under the

Fair Labor Standards Act, Pennsylvania Wage Payment Collection Law, and/or Pennsylvania

Minimum Wage Act.

9.  All services for which fees are requested were reasonable and necessary to the

prosecution and successful settlement of this class action.  Plaintiff's attorneys' hourly rates are

reasonable and customary in Philadelphia.  All expenses accrued were necessary and reasonable.

10. I was assisted in this litigation primarily by my associates Amy Galer, Esquire and Brian

Dilks-Brotman, Esquire, and by law clerks and paralegals from my firm. As lead counsel, I

assigned and supervised all work done by my office.

I verify that the facts set forth in this affidavit are true and correct to the best of my knowledge,

information and belief.  I understand that false statements made herein are subject to the

penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Joshua P. Rubinsky, Esquire
BRODIE & RUBINSKY, P.C.
Attorney I. D. No. 46496
121 South Broad Street, Suite 800
Philadelphia, PA 19107
(215) 925-1470
Attorney for Plaintiff

Dated: February 25, 2014

# EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| **Plaintiffs** | ) ) |
| v. | ) Civil Action No.: 5:13-cv-07634 ) Honorable James Knoll Gardner |
| PAUL R. OBER & ASSOCIATES and PAUL R. OBER, | ) ) ) |
| **Defendants** | ) ) ) |

**AFFIDAVIT OF AMY E. GALER, ESQ.,
CO-COUNSEL FOR PLAINTIFF**

I, Amy E. Galer, Esquire, being duly sworn according to law, hereby depose and say that:

1.  I am Co-Counsel for Plaintiff in the above-captioned matter and have personal knowledge of the facts set forth in this affidavit.

2.  I have practiced in the employment and labor law area since graduating from Temple University School of Law in 2008.  I am admitted to practice in Pennsylvania state courts and the United States District Court for the Eastern District of Pennsylvania.

3.  Prior to receiving my law degree, I was employed in a various managerial and financial capacities by a number of different small businesses, where my responsibilities included processing payroll, managing benefits, tax and regulatory compliance, and financial accounting through monthly operating statements.

4.  I have served as law clerk and then Counsel on the following Wage Class Action Cases *Anna Thomas, et al., v. Total Health Home Care Corporation, et al.*; Case No. 002493 (Philadelphia C.C.P.);  *Rios, et al., v. Berkshire Building Systems, Inc., et al.*, No. 07-cv-0503 (E.D. Pa.); *Neymer, et al. v. Philadelphia Coach, Inc., et al.*, No. 3799 January Term 2008 (Philadelphia County C.C.P.); *Ronald Rooney, et al., v. PC Helps Support, LLC, et al.*, Case No. 08-cv-2093 (E.D. Pa.); *Ronald Rooney, et al., v. PC Helps*

*Support, LLC, et al.*, No. 08-07250 March Term 2008 (Montgomery County C.C.P.);

*Clarke, et al., v. Aramark, et al.*, No. 08-cv-2598 (E.D. Pa.); *Olsen, et al. v. Sodexo, Inc.,*

*et al.,* No. 2010-C-6112 (Lehigh County C.C.P.); *John Timothy Kearney, et al. v.*

*First Transit, Inc., et al.*; Case No. 2:12-CV-00149-TJS (E.D.Pa.); *Moore, et al, v.*

*Courtland II, Inc., et al.*, No. 002154 October Term 2011 (Philadelphia County C.C.P.);

and *Backus, et al. v. Unlimited Staffing Solutions, Inc., et al.*, No. 08-00339,

(Montgomery County C.C.P.).

5.      I am currently Counsel on the following Wage Class Action Cases: *Bishop, et al., v.*

*Lee's Industries, Inc.*, No. 1937 December Term 2007 (Philadelphia County C.C.P.);

*Neymer v. Art of Life*, No. 02240 June Term 2010 (Philadelphia County C.C.P.);

*Hernandez, et al. v. Ashley Furniture Industries, Inc., et al.*, Civil Action No. 10-5459

(E.D. Pa.); and *Diabate, et al. v. MV Transportation, Inc.*, No. 2:14-cv-00857-NIQA

(E.D. Pa.).

6.      All services for which fees are requested were reasonable and necessary to the

prosecution and successful settlement of this class action.  All duplicative, unsuccessful

or unnecessary time charges have been deleted.  Plaintiff's attorneys' hourly rates are

reasonable and customary in Philadelphia.  All expenses accrued were necessary and

reasonable.

I verify that the facts set forth in this affidavit are true and correct to the best of my

knowledge, information and belief.  I understand that false statements made herein are subject to

the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Amy E. Galer, Esquire
BRODIE & RUBINSKY, P.C.
Attorney I. D. No. 209414
121 South Broad Street, Suite 800
Philadelphia, PA 19107
(215) 925-1470
Attorney for Plaintiff

Dated:        February 25, 2014

# EXHIBIT "H"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | ) <br> ) <br> ) <br> ) |
| **Plaintiffs** | ) |
| **v.** | ) **Civil Action No.: 5:13-cv-07634** <br> ) **Honorable James Knoll Gardner** |
| **PAUL R. OBER & ASSOCIATES and PAUL R. OBER,** | ) <br> ) <br> ) |
| **Defendants** | ) <br> ) |

## AFFIDAVIT OF BRIAN DILKS-BROTMAN, ESQ.,
## CO-COUNSEL FOR PLAINTIFF

I, Brian Dilks-Brotman, Esquire, being duly sworn according to law, hereby depose and say that:

1.    I am Co-Counsel for Plaintiff in the above-captioned matter and have personal knowledge of the facts set forth in this affidavit.

2.    I have practiced in the employment and labor law area since graduating from Rutgers-Camden School of Law in 2011.  I am admitted to practice in New Jersey state courts, Pennsylvania state courts, and the United States District Court for the Eastern District of Pennsylvania.

3.    I have served as Co-Counsel on the following Wage Class Action Cases: Natrina Moore, et al., v. Courtland II, et al.; Case No. 002154 (Philadelphia Court of Common Pleas); and John Timothy Kearney, et al. v. First Transit, Inc., et al. ; Case No. 2:12-CV-00149-TJS (E.D.Pa.).

4.    I am currently serving as Co-Counsel in the following Wage Class Action cases: *Bishop et al. v. Lee's Industries, Inc.,* No. 1937 December Term 2007

(Philadelphia County C.C.P.); and *Diabate et al. v. MV Transportation, Inc.,* No. 2:14-cv-00857-NIQA (E.D. Pa.).

5.     I am additionally serving as Co-Counsel representative of current and former employee creditors in The Matters of Art of Life, Inc., Substantially Consolidated with Advanced Life Support Ambulance, Inc.; Case No. 12-10596/mdc  (U.S. Bankruptcy Court,  E.D.Pa.).

6.     All services for which fees as requested were reasonable and necessary to the prosecution and successful settlement of this class action.  Plaintiff's attorneys' hourly rates are reasonable and customary in Philadelphia.  All expenses accrued were necessary and reasonable.

I verify that the facts set forth in this affidavit are true and correct to the best of my knowledge, information and belief.  I understand that false statements made herein are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Brian Dilks-Brotman, Esquire
BRODIE & RUBINSKY, P.C.
Attorney I. D. No. 312024
121 South Broad Street, Suite 800
Philadelphia, PA 19107
(215) 925-1470
Attorney for Plaintiff

Dated: February 25, 2014

# EXHIBIT "I.1"

Attorney Fees



Published on *Community Legal Services of Philadelphia* (http://clsphila.org)

Home > About CLS > Attorney Fees

# Attorney Fees

**Explanatory Notice to the Public**

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective June 23, 2011

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $165-190 |
| Attorneys 2-5 year's experience | $180-225 |
| Attorneys 6-10 year's experience | $225-255 |
| Attorneys 11-15 year's experience | $260-335 |
| Attorneys 16-20 year's experience | $305-350 |
| Attorneys 21-25 year's experience | $325-370 |
| Attorneys more than 25 year's experience | $360-460 |
| Law Students | $80-135 |
| Paralegal I and II | $80-100 |
| Senior and Supervisory Paralegal | $100-135 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

# EXHIBIT "I.2"

# THE SURVEY OF LAW FIRM ECONOMICS, 2010 EDITION

Metropolitan Area Report

for

## Philadelphia-Camden-Wilmington, PA-NJ-DE-MD

Published by:
ALM LEGAL INTELLIGENCE
120 Broadway, 5th Floor
New York, NY 10271-1101
(P) 1-888-770-5647
(F) 646-822-5326

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
### INDIVIDUAL STATUS CODES
### STANDARD HOURLY BILLING RATES
### As of January 1, 2010

| Metro Analysis | Number of Offices | Number of Lawyers | RATE | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Equity Partner/Shareholder | 14 | 132 | 447 | 376 | 425 | 520 | 570 |
| Non-Equity Partner | 13 | 104 | 384 | 330 | 380 | 435 | 480 |
| Associate Lawyer | 14 | 123 | 263 | 220 | 250 | 275 | 326 |
| Staff Lawyer | 3 | 6 | - | - | - | - | - |
| Of Counsel | 8 | 16 | 374 | - | 363 | - | - |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
### YEAR ADMITTED TO BAR
### STANDARD HOURLY BILLING RATES
### As of January 1, 2010

| Metro Analysis | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Before 1965 | 4 | 4 | 469. | - | - | - | - |
| 1965 - 1969 | 5 | 9 | 469. | - | - | - | - |
| 1970 - 1974 | 8 | 28 | 454 | 376 | 433 | 550 | 577 |
| 1975 - 1979 | 11 | 42 | 469 | 404 | 475 | 540 | 575 |
| 1980 - 1984 | 9 | 38 | 410 | 369 | 400 | 435 | 521 |
| 1985 - 1989 | 11 | 41 | 420 | 353 | 420 | 505 | 537 |
| 1990 - 1994 | 12 | 44 | 380 | 330 | 370 | 435 | 480 |
| 1995 - 1999 | 10 | 50 | 336 | 279 | 325 | 396 | 435 |
| 2000 - 2004 | 13 | 56 | 271 | 226 | 260 | 304 | 350 |
| 2005 - 2007 | 6 | 41 | 227 | 185 | 225 | 250 | 275 |
| 2008 | 4 | 7 | - | - | - | - | - |
| 2009 | 4 | 4 | - | - | - | - | - |

CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
YEARS OF LEGAL EXPERIENCE
STANDARD HOURLY BILLING RATES
As of January 1, 2010

| Metro Analysis | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Under 2 Years | 8 | 11 | 211 | — | 215 | — | — |
| 2 or 3 Years | 5 | 22 | 210 | 175 | 220 | 225 | 244 |
| 4 or 5 Years | 5 | 25 | 240 | 213 | 260 | 270 | 281 |
| 6 or 7 Years | 8 | 24 | 262 | 214 | 258 | 279 | 303 |
| 8 to 10 Years | 11 | 37 | 297 | 243 | 295 | 333 | 373 |
| 11 to 15 Years | 11 | 47 | 365 | 295 | 350 | 420 | 451 |
| 16 to 20 Years | 10 | 43 | 380 | 330 | 370 | 425 | 481 |
| 21 to 30 Years | 13 | 87 | 431 | 365 | 420 | 510 | 550 |
| 31 or More Years | 10 | 88 | 458 | 395 | 445 | 539 | 575 |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
### INDIVIDUAL STATUS CODES
### ANNUAL CLIENT (BILLABLE) HOURS WORKED

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Equity Partner/Shareholder | 12 | 119 | 1,638 | 1,314 | 1,637 | 1,910 | 2,192 |
| Non-Equity Partner | 13 | 66 | 1,675 | 1,301 | 1,723 | 1,917 | 2,253 |
| Associate Lawyer | 10 | 92 | 1,792 | 1,623 | 1,814 | 1,988 | 2,159 |
| Staff Lawyer | 1 | 3 | — | — | — | — | — |
| Of Counsel | 7 | 7 | 1,528 | — | — | — | — |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
### YEAR ADMITTED TO BAR--Partners/Shareholders (Equity/Non-Equity)
### ANNUAL CLIENT (BILLABLE) HOURS WORKED

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Before 1965 | 1 | 1 | — | — | — | — | — |
| 1965 - 1969 | 4 | 5 | — | — | — | — | — |
| 1970 - 1974 | 8 | 23 | 1,424 | 1,203 | 1,314 | 1,814 | 1,885 |
| 1975 - 1979 | 11 | 32 | 1,663 | 1,324 | 1,687 | 1,936 | 2,182 |
| 1980 - 1984 | 8 | 29 | 1,477 | 1,181 | 1,351 | 1,764 | 2,084 |
| 1985 - 1989 | 9 | 34 | 1,698 | 1,385 | 1,723 | 1,915 | 2,274 |
| 1990 - 1994 | 10 | 31 | 1,799 | 1,841 | 1,837 | 1,988 | 2,285 |
| 1995 - 1999 | 7 | 25 | 1,832 | 1,600 | 1,835 | 2,052 | 2,434 |
| 2000 - 2004 | 4 | 4 | — | — | — | — | — |

CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-N-DE-MD
YEAR ADMITTED TO BAR--Associate/Staff Lawyers
ANNUAL CLIENT (BILLABLE) HOURS WORKED

| Metro Analysis | Number of Offices | Number of Lawyers | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| 1970 - 1974 | 1 | 1 | – | – | – | – | – |
| 1975 - 1979 | 1 | 1 | – | – | – | – | – |
| 1980 - 1984 | 1 | 1 | – | – | – | – | – |
| 1985 - 1989 | 1 | 1 | – | – | – | – | – |
| 1990 - 1994 | 2 | 2 | – | – | – | – | – |
| 1995 - 1999 | 6 | 11 | 1,843 | – | 1,867 | – | – |
| 2000 - 2004 | 9 | 36 | 1,749 | 1,623 | 1,780 | 1,961 | 2,128 |
| 2005 - 2007 | 6 | 36 | 1,824 | 1,668 | 1,857 | 2,006 | 2,170 |
| 2008 | 3 | 6 | – | – | – | – | – |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
## INDIVIDUAL STATUS CODES
## TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | TOTAL COMPENSATION | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Equity Partner/Shareholder | 14 | 125 | 503,285 | 309,514 | 421,413 | 567,216 | 850,040 |
| Non-Equity Partner | 13 | 70 | 250,199 | 206,529 | 233,212 | 274,134 | 360,000 |
| Associate Lawyer | 11 | 94 | 155,412 | 142,165 | 157,338 | 177,450 | 189,077 |
| Staff Lawyer | 2 | 4 | -- | -- | -- | -- | -- |
| Of Counsel | 7 | 8 | 168,697 | -- | -- | -- | -- |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
## YEAR ADMITTED TO BAR--Partners/Shareholders (Equity/Non-Equity)
## TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | TOTAL COMPENSATION | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Before 1965 | 2 | 2 | -- | -- | -- | -- | -- |
| 1965 - 1969 | 5 | 6 | -- | -- | -- | -- | -- |
| 1970 - 1974 | 8 | 25 | 461,556 | 278,925 | 398,139 | 619,149 | 917,385 |
| 1975 - 1979 | 11 | 34 | 621,038 | 375,337 | 515,510 | 681,498 | 1,142,860 |
| 1980 - 1984 | 9 | 31 | 403,188 | 260,000 | 371,655 | 456,000 | 713,667 |
| 1985 - 1989 | 10 | 35 | 416,128 | 271,534 | 370,692 | 498,180 | 721,620 |
| 1990 - 1994 | 10 | 32 | 334,049 | 233,319 | 278,379 | 330,378 | 523,911 |
| 1995 - 1999 | 7 | 25 | 248,829 | 221,018 | 243,950 | 272,855 | 308,947 |
| 2000 - 2004 | 4 | 4 | -- | -- | -- | -- | -- |
| 2005 - 2007 | 1 | 1 | -- | -- | -- | -- | -- |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD
## YEAR ADMITTED TO BAR--Associates/Staff Lawyers
## TOTAL COMPENSATION

| Metro Analysis | Number of Offices | Number of Lawyers | Average $ | TOTAL COMPENSATION | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1970 - 1974 | 2 | 2 | - | - | - | - | - |
| 1975 - 1979 | 1 | 1 | - | - | - | - | - |
| 1980 - 1984 | 1 | 1 | - | - | - | - | - |
| 1985 - 1989 | 1 | 1 | - | - | - | - | - |
| 1990 - 1994 | 3 | 3 | - | - | - | - | - |
| 1995 - 1999 | 6 | 11 | 177,489 | - | 177,329 | - | - |
| 2000 - 2004 | 10 | 37 | 161,222 | 143,967 | 161,014 | 180,604 | 201,075 |
| 2005 - 2007 | 6 | 36 | 145,893 | 128,864 | 150,360 | 164,854 | 180,531 |
| 2008 | 3 | 6 | - | - | - | - | - |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD PARTICIPANTS BY SIZE OF FIRM BILLING RATE ANALYSIS

| Size of Firm | Number of Firms | Percent of Firms |
|---|---|---|
| 9 to 20 Lawyers | 1 | 12.5% |
| 41 to 75 Lawyers | 1 | 12.5% |
| 76 to 150 Lawyers | 2 | 25.0% |
| Over 150 Lawyers | 4 | 50.0% |
| Total | 8 | 100.00% |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD PARTICIPANTS BY SIZE OF FIRM BILLABLE HOURS ANALYSIS

| Size of Firm | Number of Firms | Percent of Firms |
|---|---|---|
| 41 to 75 Lawyers | 1 | 14.3% |
| 76 to 150 Lawyers | 2 | 28.6% |
| Over 150 Lawyers | 4 | 57.1% |
| Total | 7 | 100.0% |

## CORE BASED STATISTICAL AREA--Philadelphia-Camden-Wilmington, PA-NJ-DE-MD PARTICIPANTS BY SIZE OF FIRM COMPENSATION ANALYSIS

| Size of Firm | Number of Firms | Percent of Firms |
|---|---|---|
| 9 to 20 Lawyers | 1 | 12.5% |
| 41 to 75 Lawyers | 1 | 12.5% |
| 76 to 150 Lawyers | 2 | 25.0% |
| Over 150 Lawyers | 4 | 50.0% |
| Total | 8 | 100.0% |

# EXHIBIT "J"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| Plaintiffs | ) |
| v. | ) Civil Action No.: 5:13-cv-07634 ) Honorable James Knoll Gardner |
| PAUL R. OBER & ASSOCIATES and PAUL R. OBER, | ) ) ) |
| Defendants | ) ) |

## DECLARATION OF ALICE W. BALLARD

1.      I am Alice W. Ballard, Esquire.  I submit this Declaration in support of the

Petition of Joshua P. Rubinsky for an award of attorneys' fees in the above-captioned

matter.

2.      I am a 1973 graduate of Harvard Law School.

3.      In 1974, I became a staff attorney at the Philadelphia Office of the

Lawyers' Committee for Civil Rights (which subsequently became the Public Interest

Law Center of Philadelphia), where I worked until May of 1976, at which time, I and two

partners formed the law firm of Samuel, Ballard and Hyman, P.C.   I am presently the

owner and principal attorney in the Law Office of Alice W. Ballard, P.C.

5.      From 1975 until the present, I have focused my professional efforts almost

exclusively on the litigation of claims brought by employees against their employers

and/or their unions.  I have handled hundreds of employment rights cases, including class

actions, many of which have gone to trial and appeal.

6.      I served as an adjunct professor at Villanova Law School teaching Employment Discrimination, and at Penn Law School teaching Trial of an Issue of Fact. I also serve frequently as a presenter at educational programs for attorneys in the field of employment rights.

7.      I served on the Third Circuit Task Force on Rule 11, and I was a member of the Civil Justice Reform Act Advisory Committee for the Eastern District of Pennsylvania. I have twice been an invited speaker at the Third Circuit Judicial Conference, and I was an Employment Law consultant to the Pennsylvania Courts' 2006 project to revise the Pennsylvania Standard Jury Instructions. I currently serve as an Adviser to the American Law Institute's Restatement (Third) of Employment Law.

8.      I am an active member of the National Employment Lawyers Association, both locally and nationally, and a member of NELA's National Litigation Strategy Taskforce on Summary Judgment. Through my work with NELA and its members, I am familiar with the hourly rates charged by plaintiff-side practitioners in employment rights litigation in the Delaware Valley.

9.      My hourly rate for both contingent and non-contingent employment rights litigation is currently $500 per hour.

10.     I have reviewed the Affidavit of Joshua Rubinsky, Esquire, in support of his fee petition in this case. I am also personally aware of Mr. Rubinsky's excellent work and strong reputation in the community. In my opinion, Mr. Rubinsky's requested rate of $475 per hour is entirely reasonable and appropriate in the context of the local market for this kind of litigation.

12.     I have reviewed the background and credentials of Amy Galer, Esquire, as well as her summary of the work she performed in this case.  In my opinion, Ms. Galer's requested rate of $295 per hour is reasonable and appropriate in the context of the local market for this kind of litigation, especially considering that Ms. Galer was working in tandem with Mr. Rubinsky, who is a seasoned and skilled practitioner.  Although Ms. Galer is a 2008 law school graduate, her many years of prior experience working in financial, payroll, and human resources capacities for small firms adds significantly to the value to value of her time spent on cases such as this one.

The foregoing facts are true and correct to the best of my knowledge and information.

ALICE W. BALLARD


VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct.  Executed on February 24, 2012.

Alice W. Ballard