IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARISSA CHAMURAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                 Plaintiffs<br><br>v.<br><br>PAUL R. OBER & ASSOCIATES and PAUL R. OBER,<br><br>                 Defendants | Civil Action No.: 5:13-cv-07634<br>Honorable James Knoll Gardner |

## CERTIFICATE OF SERVICE

I, Brian Dilks-Brotman, Esquire, hereby certify that I today caused true and correct copies of Plaintiff's Motion for Attorneys' Fees and Costs; Plaintiff's Memorandum in Support of Motion for Attorneys' Fees and Costs; and supporting documents to be served electronic filing system, and electronic mail. Additionally, a true and correct copy of the same document, this 25th of February 2014, has been mailed via First Class Mail to the following:

Jill S. Welch, Esquire
Barley Snyder LLP
126 East King Street
Lancaster, PA 17602-2893
(717) 299-5201
(jwelch@barley.com)

BRODIE & RUBINSKY, P.C.

By: _____
Joshua P. Rubinsky, Esq.
Attorney I.D. No. 46496
Amy Galer, Esq.
Attorney I.D. No. 209414
Brian Dilks-Brotman, Esq.
Attorney I.D. No. 312024
121 South Broad Street, Suite 800
Philadelphia, Pennsylvania 19107
Telephone: (215) 925-1470
Facsimile: (215) 925-3748
Attorneys for Plaintiff

DATED: February 25, 2014