IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARISSA CHAMURAS

V.

PAUL R. OBER & ASSOCIATES, et al

Civil Action No.  13-7634 JKG

TELEPHONIC CONFERENCE SCHEDULING ORDER

Please be advised that a telephonic conference to discuss the status of Attorney's Fees in the above-captioned case will be held on, WEDNESDAY, APRIL 16, 2014 , at  11:00 AM  before the Honorable Henry S. Perkin, United States Magistrate Judge.

The Court directs  BRIAN R. BROTMAN, ESQ. to initiate the call to all parties involved.  Conference call contact number is **610-434-3823.**

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

**CONTINUANCE REQUESTS SHOULD BE MADE WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS. PLEASE SEE JUDGE PERKIN'S SETTLEMENT PROCEDURES AT www.paed.uscourts.gov.**

Counsel are further directed to provide a  Summary of  Attorney Fees to Chambers, by Email **(IN WORD PERFECT OR MICROSOFT WORD FORMAT ONLY)** on or before MONDAY, APRIL 7, 2014, NOON**.**
The Email address is: Chambers_of_Judge_Henry_S_Perkin@paed.uscourts.gov.
The Conference Summary and Case Synopsis shall include:

    1.    The caption of the case
    2.    Whether case is a jury or nonjury trial
    3.    The trial counsel's name, address, phone number **PLUS CELL PHONE NUMBER,**  fax number and client name
    4.    Identify any pending motions
    5.    Any other relevant matters
    6.    All prior demands and offers.
\*  7.    A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** or **Wordperfect** Format
    8.    Should all parties so agree, they may consent to permit the court to have exparte communication with counsel by sending the attached form to chambers by fax/or email, along with their Summary, as soon as possible.

          This Email address shall be used for no other purposes unless prior permission is granted.

                        BY THE COURT:

                        /ss/ Henry S. Perkin
                        HENRY S. PERKIN, U.S.M.J.

                        FOR INFORMATION CONTACT CHAMBERS
                        Phone: 610-434-3823
                        FAX: 610-434-5152

Date:  3/25/14
cc.  Brian R. Brotman, Esq.
     Joshua P. Rubinsky, Esq.
     Jill S. Welch, Esq.

**\* WORDPERFECT OR MICROSOFT WORD  FORMAT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                        |                  |
|------------------------|------------------|
| Plaintiff              | Civil Action No. |
| v.                     |                  |
| Defendant              |                  |

CONSENT TO HAVE EX PARTE COMMUNICATION
WITH UNITED STATES MAGISTRATE JUDGE

Counsel for the parties to the above-captioned civil proceeding hereby consent to ex parte communication with the United States Magistrate Judge Henry S. Perkin for the purpose of assisting with settlement/discovery matters in the above-captioned case.

The undersigned represent all counsel in the above-captioned civil proceeding.

DATED:

(Attorneys)                                              (Representing)