IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

CHARISSA CHAMURAS,                           :        CIVIL ACTION
                        Plaintiff,        :
                                                :
   vs.                                                               :        NO. 13-7634
                                                :
PAUL R. OBER and                                      :
PAUL R. OBER & ASSOCIATES,             :
                        Defendants.    :
_____:

**ORDER**

       **AND NOW**, this   13th   day of May, 2014, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs (Docket No. 10) filed February 25, 2014, Defendants' Response and Memorandum in Opposition (Docket Nos. 14, 15) filed on March 17, 2014, and Plaintiff's Reply Brief (Docket No. 19) filed on April 22, 2014; it appearing by Order of the undersigned dated May 13, 2014 that this matter has settled and has been dismissed pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

       **IT IS ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs is dismissed as moot.

                                              BY THE COURT:

                                              */s/ Henry S. Perkin*
                                              HENRY S. PERKIN,
                                              United States Magistrate Judge